Michael P. Connerley (SBN 177069)
mconnerley@wschmidtandassociates.com
**Law Offices Of William Schmidt & Associates**
1419 21ST Street
Sacramento, CA 95811
Telephone: (916) 447-2451
Facsimile: (916) 447-8066

Attorney for Plaintiff JASON PFISTER

Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Jas S. Dhillon (SBN 252842)
jas.dhillon@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant NIKE U.S.A. INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON PFISTER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NIKE U.S.A., INC., an Oregon corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:09-cv-02434-MHP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii)** |

| | |
|---|---|
| 1 | WHEREAS, on or about January 8, 2009, Plaintiff Jason Pfister ("Plaintiff") commenced an |
| 2 | action in the Superior Court of the State of California in and for Napa County, entitled *Pfister v. Nike* |
| 3 | *U.S.A., Inc.*, Case No. 26-45998 (the "Complaint"); |
| 4 | WHEREAS, on or about March 20, 2009, Defendant Nike U.S.A., Inc. ("Defendant") filed |
| 5 | its Answer to Plaintiff's Complaint; |
| 6 | WHEREAS, on or about June 2, 2009, Defendant filed a Notice of Removal pursuant to 28 |
| 7 | U.S.C. § 1441(b) removing Plaintiff's action to the United States District Court for the Northern |
| 8 | District of California; |
| 9 | WHEREAS, on or about June 23, 2009, this action was assigned to Honorable Marilyn H. |
| 10 | Patel, Case No. 3:09-cv-02434-MHP, for all further proceedings; |
| 11 | WHEREAS Plaintiff and Defendant have reached an agreement that fully and finally |
| 12 | resolves the Complaint and, therefore, desire that the Complaint be dismissed with prejudice. |
| 13 | IN CONSIDERATION OF THE FOREGOING, the undersigned parties, through their |
| 14 | counsel of record, hereby STIPULATE and AGREE as follows: |
| 15 | **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant that this entire |
| 16 | action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of |
| 17 | Civil Procedure, with each party to bear its own costs and attorneys' fees. |
| 18 | **IT IS SO STIPULATED.** |

**THE LAW OFFICES OF WILLIAM SCHMIDT AND ASSOCIATES**

Dated: January 21, 2010      By: /s/ Michael P. Connerley
                                 Michael P. Connerley
                                 Attorney for Plaintiff JASON PFISTER

**K&L GATES LLP**

Dated: January 21, 2010        By:  /s/ Jas S. Dhillon
                                    Jas S. Dhillon

                                    Attorney for NIKE U.S.A., INC.

1/25/2010 

# **GENERAL ORDER NO. 45**

I, Jas S. Dhillon, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence of the filing of this document has been obtained by each signatory hereto.

/s/ Jas S. Dhillon /s/
Jas S. Dhillon