1   Michael P. Connerley (SBN 177069)
    mconnerley@wschmidtandassociates.com
2   **Law Offices Of William Schmidt & Associates**
    1419 21st Street
3   Sacramento, CA 95811
    Telephone: (916) 447-2451
4   Facsimile: (916) 447-8066

5
    Attorney for Plaintiff JASON PFISTER
6

7   Edward P. Sangster (SBN 121041)
    ed.sangster@klgates.com
8   Jas S. Dhillon (SBN 252842)
    jas.dhillon@klgates.com
9   **K&L GATES LLP**
    Four Embarcadero Center, Suite 1200
10  San Francisco, CA 94111-5994
    Telephone: 415.882.8200
11  Facsimile: 415.882.8220

12  Attorneys for Defendant NIKE U.S.A. INC.

13
                    UNITED STATES DISTRICT COURT FOR THE
14
            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
15

16
    JASON PFISTER, an individual,                  Case No. 3:09-cv-02434-MHP
17
                        Plaintiff,
18                                                  **STIPULATION FOR DISMISSAL WITH
             vs.                                    PREJUDICE PURSUANT TO FED. R. CIV.
19                                                  PRO. 41(a)(1)(A)(ii)**
    NIKE U.S.A., INC., an Oregon corporation,
20  and DOES 1-10, inclusive,

21                      Defendants.

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL                                   Case No. 3:09-cv-02434-MHP

1    WHEREAS, on or about January 8, 2009, Plaintiff Jason Pfister ("Plaintiff") commenced an

2   action in the Superior Court of the State of California in and for Napa County, entitled *Pfister v. Nike*

3   *U.S.A., Inc.*, Case No. 26-45998 (the "Complaint");

4    WHEREAS, on or about March 20, 2009, Defendant Nike U.S.A., Inc. ("Defendant") filed

5   its Answer to Plaintiff's Complaint;

6    WHEREAS, on or about June 2, 2009, Defendant filed a Notice of Removal pursuant to 28

7   U.S.C. § 1441(b) removing Plaintiff's action to the United States District Court for the Northern

8   District of California;

9    WHEREAS, on or about June 23, 2009, this action was assigned to Honorable Marilyn H.

10  Patel, Case No. 3:09-cv-02434-MHP, for all further proceedings;

11    WHEREAS Plaintiff and Defendant have reached an agreement that fully and finally

12  resolves the Complaint and, therefore, desire that the Complaint be dismissed with prejudice.

13    IN CONSIDERATION OF THE FOREGOING, the undersigned parties, through their

14  counsel of record, hereby STIPULATE and AGREE as follows:

15    **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant that this entire

16  action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

17  Civil Procedure, with each party to bear its own costs and attorneys' fees.

18    **IT IS SO STIPULATED.**

19

20                                             **THE LAW OFFICES OF WILLIAM
                                                SCHMIDT AND ASSOCIATES**

21

22

23   Dated:  January 21, 2010            By:   /s/ Michael P. Connerley

24                                              Michael P. Connerley

25                                              Attorney for Plaintiff JASON PFISTER

26

27

28

---

STIPULATION FOR DISMISSAL                    1                    Case No. 3:09-cv-02434-MHP

1

**K&L GATES LLP**

2

3

4   Dated:  January 21, 2010                    By:   /s/ Jas S. Dhillon

                                                      Jas S. Dhillon

5

                                                      Attorney for NIKE U.S.A., INC.

6

7

8

9

10                             1/25/2010

11

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL                    2                    Case No. 3:09-cv-02434-MHP

1

**GENERAL ORDER NO. 45**

2    I, Jas S. Dhillon, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

3    concurrence of the filing of this document has been obtained by each signatory hereto.

4

5                                    /s/ Jas S. Dhillon  /s/_____
                                     Jas S. Dhillon

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28